UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
LEEANNA DESMOND,

       Plaintiff,

          v.

KILOLO KIJAKAZI,
COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
******************************

Civil Action No. 23-0343

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 28th day of July, 2023;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
Daniel J. Stewart
U.S. Magistrate Judge

United States District Court

The undersigned hereby consent to the form and entry of the within order.

                CARLA B. FREEDMAN
                United States Attorney

By:     /s Kristina Cohn
                Kristina Cohn
                Special Assistant United States Attorney
                Office of Program Litigation, Office 2
                Office of the General Counsel
                Social Security Administration
                6401 Security Boulevard
                Baltimore, MD 21235
                Phone:   212-264-2179
                Email: kristina.cohn@ssa.gov

                LACHMAN, GORTON LAW FIRM

                s/ Peter A. Gorton
By:    Peter A. Gorton
                Attorney for Plaintiff
                Lachman, Gorton Law Firm
                P.O. Box 89
                1500 East Main Street
                Endicott, NY 13761-0089
                Phone: 607-754-0500
                Fax: 607-748-6978
                Email: office@lglaw.org